UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALJEFF, LLC                    *         CIVIL ACTION

VERSUS                          *         NO: 08-4789

A.M.E. SERVICES, INC.           *         SECTION: "D"(3)

## ORDER AND REASONS

Before the court is the **"Motion to Quash Subpoenas and Dismiss Case Without Prejudice"** filed by the United States of America on behalf of Project Manager Alonda Harrison and Program Specialist Cherlyn Wheeler, United States Department of Housing and Urban Development (HUD). ***No memorandum in opposition was filed***. The motion, set for hearing on Wednesday, December 31, 2008, is before the court on Defendant's brief, without oral argument.

Now, having considered the memoranda of counsel, the record, and the applicable law, the court finds that the motion should be granted. Defendant removed from state court certain third-party subpoenas issued to Project Manager Harrison and Program Specialist Wheeler (HUD employees), commanding their appearance in a consolidated civil action pending in Civil District Court for the

Parish of Orleans, State of Louisiana (*CalJeff, LLC v. A.M.E. Services, Inc. consolidated with A.M.E. Services, Inc. v. Greater St. Stephen Manor, Inc.*, CDC Nos. 06-14221 and 07-4204). In its Notice of Removal, Defendant stated:

> The subpoenas and any related subpoena-enforcement proceedings may be removed from state court to this court because the subpoenas, issued to the above named federal employees, represent[] action against them for the purpose of obtaining testimony and information maintained under color of their official duties as employees of HUD. 28 U.S.C. §1442(a)(1).

(Notice of Removal at ¶II).

In the instant motion, Defendant moves the court to quash the removed subpoenas and dismiss this proceeding for lack of subject-matter jurisdiction. After the subject subpoenas were issued, Bill Daley, Regional Counsel for HUD, issued letters denying the demanded testimony pursuant to 24 C.F.R. §15.203(a). (*See* letters attached to Defendant's Supp. Memo., Doc. No. 6). The court finds that since HUD has not authorized Project Manager Harrison and Program Specialist Wheeler to provide testimony sought through the subpoenas, the subpoenas must be quashed in accordance with HUD regulations (24 C.F.R. §§15.201 *et seq.*) and the common law doctrine embodied in *Touhy v. Ragen*, 340 U.S. 462, 71 S.Ct. 416, 95 L.Ed.2d 417 (1951)(recognizing the authority of federal government agency heads to restrict

testimony of their subordinates, if done so pursuant to published regulations issued in furtherance of the doctrine of sovereign immunity).

"[M]yriad cases involving a §1442(b) removal of a state subpoena proceeding against an unwilling federal officer have held that the sovereign immunity doctrine bars enforcement of the subpoena." *State of Louisiana v. Sparks*, 978 F.2d 226, 235 95th Cir. 1992). Such holdings are applicable here. Accordingly;

**IT IS ORDERED** that the **"Motion to Quash Subpoenas and Dismiss Case Without Prejudice"** filed by the United States of America on behalf of Project Manager Alonda Harrison and Program Specialist Cherlyn Wheeler, United States Department of Housing and Urban Development (HUD), be and is hereby **GRANTED;**

**IT IS FURTHER ORDERED** that the subject subpoenas be and are hereby **QUASHED; and**

**IT IS FURTHER ORDERED** that the removed subpoena proceedings be and are hereby **DISMISSED** without prejudice on sovereign immunity grounds.

New Orleans, Louisiana, this **30th** day of **December, 2008.**

						_____
							A.J. McNAMARA
						UNITED STATES DISTRICT JUDGE